Signed: April 20, 2010

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____



Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A. successor in interest to
the FDIC as receiver for Downey
Savings and Loan Association, FA
F.040-1467

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DIANA LYNN CHUN,<br><br>    Debtor.<br>_____ | ) Bk. No. 10-41859<br>)<br>) CHAPTER 7<br>)<br>) R.S. No. DRP – 744<br>)<br>) ORDER FOR RELIEF FROM<br>) <u>AUTOMATIC STAY</u><br>)<br>) Hearing-<br>) Date :April 16, 2010<br>) Time :11:00 a.m.<br>) Place : U.S. Bankruptcy Court<br>)        1300 Clay Street, 2nd Floor<br>)        Oakland, CA<br>)        Courtroom 201 |

      The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on April 16, 2010 at 11:00 a.m., before the Honorable Leslie J. Tchaikovsky. Appearances are as set forth in the Court's docket.

      The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **4045 Silver Street, Pleasanton, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

COURT SERVICE LIST

Diana Lynn Chun
4045 Silver Street
Pleasanton, CA 94566
Debtor

Barbara A. Smart, Esquire
Smart Legal Services
22693 Hesperian Blvd, Ste. 210
Hayward, CA 94541
Attorney for Debtor

Paul Mansdorf
1563 Solano Avenue, #703
Berkeley, CA 94707
Chapter 7 Trustee

U.S. Trustee
1301 Clay Street, Room 690N
Oakland, CA 94612-5202

Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

-3-